LUDO BELMORE and JOHN I. BELMORE, Respondents, v. VILLAGE OF AMITYVILLE CORPORATION, Appellant.— In an action by the plaintiff wife to recover damages for personal injuries claimed to have been sustained when she was caused to fall by the defective condition of a curb in defendant village, and by the husband to recover damages for medical expenses and loss of services, there was a verdict for plaintiffs. Judgment, and order denying defendant's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

SADIE BIEN, Appellant, v. WILLIAM HALL, CHARLOTTE T. HALL, EMMA B. STOLLE and KRUSE REALTY SALES CORPORATION, Respondents.— In an action brought under article 10 of the Debtor and Creditor Law and section 15 of the Stock Corporation Law to set aside an alleged fraudulent conveyance, judgment dismissing complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.